# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

| | |
|---|---|
| ULYSSES LAZENBY, ) | |
| ) | |
| Plaintiff, ) | Case No. |
| ) | |
| ) | **JURY DEMAND** |
| ) | |
| v. ) | Removed from the Circuit Court |
| ) | of Hamilton County, Tennessee, |
| RENFRO CORPORATION, ) | Case No. 20C617 |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Renfro Corporation (hereinafter "Renfro"), by and through counsel, files with the Court its Notice of Removal as follows:

1. Ulysses Lazenby (hereinafter "Plaintiff"), filed a civil action against Renfro in the Circuit Court of Hamilton County, Tennessee, same being Ulysses Lazenby v. Renfro Corporation, case number 20C617, on June 4, 2020. A copy of all process and pleadings filed in the Circuit Court of Hamilton County, Tennessee is attached as Exhibit 1.

2. Plaintiff served a copy of the summons and complaint on Renfro through its registered agent for service of process CT Corporation on June 8, 2020. See service of process within attached Exhibit 1.

3. At the time of the filing of the Complaint referred to above, and as set forth in paragraph 1 of the same, Plaintiff was a citizen and resident of the State of Tennessee. The above-styled case was filed in Hamilton County, Tennessee based on the facts giving rise to the litigation occurring in Hamilton County, Tennessee. See paragraph 3 of Plaintiff's Complaint.

4. At the time of the filing of the Complaint, Renfro was a North Carolina corporation with a principal address of 661 Linville Rd., Mount Airy, NC 27030.

5. Plaintiff's prayer for relief as set forth in his Complaint seeks damages against Renfro in the amount of $250,000.00 for injuries plus $1,000,000.00 for punitive damages. Therefore, the amount in controversy in this litigation exceeds $75,000.00, exclusive of interest and costs, with respect to Plaintiff's Complaint.

6. The above-styled case and lawsuit is therefore properly removable to this Court pursuant to 28 U.S.C. §§ 1441(a), 1446(a) and 1332(a) because there is complete diversity of citizenship between Plaintiff and Renfro and the matter in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00. Furthermore, venue is proper in this division.

7. Renfro hereby gives notice within thirty (30) days after service and receipt by it of a copy of the Complaint filed in the Circuit Court of Hamilton County, Tennessee, pursuant to 28 U.S.C. § 1446 and Rule 11 of the *Federal Rules of Civil Procedure* of the removal of the above-styled case and action to this Court.

8. Renfro has also sent for filing a Notice of Removal to the Circuit Court of Hamilton County, Tennessee. A copy of the Notice of Removal filed in the Circuit Court of Hamilton County, Tennessee is attached as Exhibit 2.

9. Renfro further demands a jury trial, which was demanded by Plaintiff in his original complaint.

Respectfully submitted,

**SPICER RUDSTROM, PLLC**

BY: s/B. Thomas Hickey, Jr.
B. Thomas Hickey, Jr., BPR #019105
Attorney for Defendant Renfro Corporation
537 Market Street, Suite 203
Chattanooga, TN 37402
423-756-0262
423-756-8489 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing pleading was mailed to:

C. Mark Warren, Esq.
WARREN & GRIFFIN
736 Georgia Avenue, Suite 100
Chattanooga TN 37402

by placing it in the United States Mail with sufficient postage thereto to carry it to its destination.

This 29th day of June, 2020.

**SPICER RUDSTROM, PLLC**

BY: s/B. Thomas Hickey, Jr.
B. Thomas Hickey, Jr.